AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
## for the

FILED
NOV 15 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States of America )
v. )
THOMAS CASITA )  Case No. 19 CR 610 MAG
_____ )
Defendant )

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

_____
*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

_____
*Defendant's signature*

The United States consents to the jury-trial waiver: _____
*Government representative's signature*

_____
*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
*Defendant's signature*

_____
*Printed name of defendant's attorney (if any)*

_____
*Signature of defendant's attorney (if any)*

Date: 11/15/19     Approved by: _____
*Magistrate Judge's signature*